At the close of plaintiff's evidence motion for judgment of nonsuit was allowed and the action dismissed. Upon appeal to the Superior Court, the rulings of the county court were affirmed, and plaintiff appealed to this Court.

This case was here at Fall Term, 1938, and is reported in 214 N. C., 222, 198 S. E., 640, where the facts are stated. It was there held that upon the evidence then presented judgment of nonsuit was properly entered.

From an examination of the record in the present action, it appears that the plaintiff's evidence is substantially the same as in the former case, and that there is no new element to take it out of the rule therein laid down.

The judgment below is

Affirmed.

---

## L. P. MANNING v. HARVEY C. HINES COMPANY.

(Filed 9 October, 1940.)

APPEAL by plaintiff from *Hamilton, Special Judge,* at April Term, 1940, of WAYNE.

Civil action by ultimate consumer to recover of manufacturer or bottler damages resulting from drinking bottled beverage containing noxious substance.

On 25 June, 1938, the plaintiff purchased a bottle of Coca-Cola from a filling station in Lenoir County. It is in evidence that upon drinking the Coca-Cola the plaintiff found glass in the bottle, and was seriously injured as a result thereof.

Plaintiff sought to show that the defendant placed the Coca-Cola on the market and was negligent in bottling it.

From judgment of nonsuit entered at the close of plaintiff's evidence, he appeals, assigning errors.

*George E. Hood and J. Faison Thomson for plaintiff, appellant.*
*Royall, Gosney & Smith for defendant, appellee.*

PER CURIAM. Upon the record as presented, we cannot say there was error in dismissing the action as in case of nonsuit. The judgment will be upheld. *Enloe v. Bottling Co.,* 208 N. C., 305, 180 S. E., 582.

Affirmed.